SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ESPINOZA, <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No.: CV 09-03576 JCS <br><br> **STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** <br><br> **[Local Rule 6-1]** <br> Action Filed: August 5, 2009 <br> Honorable Joseph C. Spero |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Edward Espinoza, and defendant Life Insurance Company of North America ("LINA") through its attorneys of record; as follows:

1. On or about August 13, 2009, defendant LINA was served with the Summons and Complaint filed in this action, and LINA's response to the Complaint currently is due on or before September 2, 2009;

2. Plaintiff has agreed that defendant LINA may have an extension to and including September 16, 2009 to answer or otherwise respond to the Complaint herein;

3. This extension does not exceed thirty (30) days; and

4. This stipulated date for LINA to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

1

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case CV 09-03576 JCS
470322.1

| | | |
|---|---|---|
| 1 | Date: September 2, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | By: /s/ Sean P. Nalty |
| 4 | | SEAN P. NALTY<br>Attorneys for Defendant |
| 5 | | LIFE INSURANCE COMPANY OF NORTH AMERICA |

Date: September 2, 2009    LAW OFFICES OF P. RANDALL NOAH

By: /s/ P. Randall Noah
P. RANDALL NOAH
Attorney for Plaintiff
EDWARD ESPINOZA

### ORDER

**IT IS SO ORDERED.**

Date: 09/03/09

Honorable
United S[tates]

*[Signature: Judge Joseph C. Spero — seal of United States District Court, Northern District of California]*

---

2

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case CV 09-03576 JCS
470322.1

# CERTIFICATE OF SERVICE
*Edward Espinoza v. Life Insurance Company of North America*
*USDC NDCA Case CV09-03576 JCS*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☑ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

P. Randall Noah, Esq. (SBN 136452)
Law Offices of P. Randall Noah
21 Orinda Way, Ste. C, #316
Orinda, CA  94563
Tel: (925) 253-5540
Fax: (925) 253-5542
Attorney for plaintiff Edward Espinoza

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **September 2, 2009** at San Francisco, California.

*Stacey Muller*

3

STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case CV 09-03576 JCS
470322.1