Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542
Attorney for Plaintiff, Edward Espinoza

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ESPINOZA,<br><br>      Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Defendant.<br>_____/ | CASE NO.  CV 09-03576 JSW<br><br>**STIPULATION AND** ~~PROPOSED~~<br>**ORDER FOR DISMISSAL** |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: March 5, 2010    Law Office of P. Randall Noah

                        By: /s/ P. Randall Noah
                      P. Randall Noah,
                      Attorney for plaintiff, Edward Espinoza

                      Wilson Elser Moskowitz, Edelman & Dicker

                        By: /s/ Sean P. Nalty
                      Mr. Sean P. Nalty,
                      Attorney for defendant, Life
                      Insurance Company Of North America

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: March 5, 2010    By: *[signature]*
                                Honorable JEFFREY S. WHITE